# EXHIBIT A

 (/DEFAULT.ASPX)

Civil
Case Information
First Judicial Circuit of Ohio County

20-C-169
Judge: RONALD E. WILSON
CHARLES P. MCDANIEL VS. MARK CURRY

**Plaintiff(s)**

        **Plaintiff Attorney(s)**

MCDANIEL, CHARLES P.

        JASON CAUSEY

**Defendant(s)**

        **Defendant Attorney(s)**

AMERICAN WEB LOAN, INC.
AMERICAN WEB LOAN,INC.
AWL.INC.
CURRY, MARK
MEDLEY CAPITAL CORPORATION
MEDLEY OPPORTUNITY FUND II
MEDLEY OPPORTUNITY FUND, II
RED STONE, INC.

        N/A

Date Filed: 08/07/2020
Case Type: OTHER-CIVIL
Appealed: 0
Final Order Date: N/A
Statistical Close Date: N/A

| Line | Date | Action / Result |
|---|---|---|
| 0001 | 08/07/2020 | CLASS ACTION COMPLAINT;MEMO;RECEIPT (NO SUMMONS ID-HOLD SERVICE |
| 0002 | | AS PER ATTORNEY REQUEST) |
| 0003 | 10/22/2020 | AMENDED CLASS ACTION COMPLAINT; MEMO; SUMMONS ID TO MARK CURRY, |
| 0004 | | AMERICAN WEB LOAN, INC., AWL, INC., RED STONE, INC., MEDLEY |
| 0005 | | OPPORTUNITY FUND II, LP, AND MEDLEY CAPITAL CORPORATION BY CM; |
| 0006 | | RECEIPT |
| 0007 | 10/30/2020 | R/S CMC ID TO MEDLEY CAPITAL CORPORATION, NOT SIGNED, 10/26/20 |
| 0008 | 10/30/2020 | R/S CMC ID TO MEDLEY OPPORTUNITY FUND II, LP,NOT SIGNED,10/26/20 |

```
0009   11/09/2020   R/S CMC ID TO AMERICAN WEB LOAN INC-SIGNED BY V.SEGURA ON
0010                10/29/20
0011   11/04/2020   ***OOO***R/S CMC ID TO RED STONE,INC;SIGNED COVID 19 ON 10/29/20
0012   11/18/2020   RETURNED MAIL FROM USPS ID TO MARK CURRY AS RETURN TO SENDER
0013                UNCLAIMED UNABLE TO FORWARD;POST CARD TO ATTORNEY
0014   11/18/2020   R/S CMC IS TO AWL INC.-SIGNED COVID 19 BY AGENT -10/29/2020
```

These materials have been prepared by the Office of the Clerk of the various Circuit Courts from original sources and data believed to be reliable. The information contained herein, however, has not been independently verified by the Office of the Clerk or Software Computer Group, Incorporated. The Office of the Clerk of the Circuit Courts and Software Computer Group, Inc. assume no liability for the accuracy, completeness, or timeliness of the information contained herein.

Software Computer Group | PO Box 27 | Fraziers Bottom WV 25082

Case 5:20-cv-00257-JPB    Document 1-1    Filed 12/15/20    Page 3 of 3 PageID #: 10