IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**CHARLES P. McDANIEL,**
*on behalf of himself and all individuals similarly situated*,

        **Plaintiff,**                      CIVIL ACTION NO. 5:20-CV-257
                                                    JUDGE BAILEY

**v.**

**MARK CURRY, AMERICAN WEB
LOAN, INC.; AWL, INC.; RED STONE,
INC.; MEDLEY OPPORTUNITY FUND
II LP; and MEDLEY CAPITAL
CORPORATION,**

        **Defendants.**

## NOTICE OF DISMISSAL WITH PREJUDICE

WHEREAS certain plaintiffs filed a nationwide putative class action in 2017 in the United States District Court for the Eastern District of Virginia styled *Solomon, et al. v. American Web Loan, Inc., et al.,* Civil Action No. 4:17-cv-145;

WHEREAS the Plaintiffs and Defendants in the *Solomon* action negotiated and filed a proposed settlement agreement, to which Plaintiff herein, as an Objector (and joined by other Objectors), filed and prosecuted objections, and which the Court for the Eastern District of Virginia eventually denied final approval, and did refer the case for a Settlement Conference before the Honorable David J. Novak;

WHEREAS in the interim the Plaintiff McDaniel, who was not satisfied with the proposed settlement reached by the parties in the *Solomon* action, filed the instant statewide putative class action in the Circuit Court of Ohio County, West Virginia in August of 2020, which Defendants removed to this Court;

12122738

WHEREAS Parties, including the Objector McDaniel, participated in a Settlement Conference with Judge Novak on December 17, 2020 and reached a conceptual agreement to modify the consideration and structure of the previously proposed settlement agreement;

WHEREAS a Memorandum of Understanding was executed by all parties in the Eastern District of Virginia action, including Plaintiff herein, agreeing to modify the original Settlement Agreement to finalize the Eastern District of Virginia class action to the satisfaction of all parties therein, including Plaintiff and Defendants herein;

WHEREAS paragraph 10 of said Memorandum of Understanding provides that:

"Within five (5) days of the signing of the MOU, the West Virginia Objector shall move to stay the action titled *Charles P. McDaniel v. Mark Curry, et. al.,* Case No. 5:20-CV-257 (N.D. W. Va.) pending the Effective Date of the Settlement Agreement. Within five (5) days of the Effective Date of the Settlement Agreement the West Virginia Objector shall voluntarily dismiss, with prejudice, that action"; and

WHEREAS, the United States District Court for the Eastern District of Virginia finally approved the revised settlement, and the time has now come for the dismissal of this action.

Now, therefore, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Charles P. McDaniel submits this notice of voluntary dismissal with prejudice in the above-captioned matter. Accordingly, this matter is dismissed with prejudice. Each party is to bear costs in the manner set forth in the settlement agreement approved by the United States District Court for the Eastern District of Virginia in the matter styled *Solomon, et al. v. American Web Loan, Inc., et al.,* Civil Action No. 4:17-cv-145.

Dated this 2nd day of September, 2021.

*/s/ Jason E. Causey*
Jason E. Causey (WV Bar #9482)
BORDAS & BORDAS, PLLC
1358 National Road
Wheeling, WV 26030
(304) 242-8410; (304) 242-3936 (fax)
jason@bordaslaw.com

Bren J. Pomponio (WV Bar #7774)
MOUNTAIN STATE JUSTICE, INC.
1217 Quarrier Street
Charleston, WV 23501
(304) 344-3144; (304) 344-3145 (fax)
bren@msjlaw.org

3

## CERTIFICATE OF SERVICE

      I hereby certify that on September 2, 2021, I electronically filed the foregoing NOTICE OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jason E. Causey*
Jason E. Causey (WV Bar #9482)
BORDAS & BORDAS, PLLC
1358 National Road
Wheeling, WV 26030
(304) 242-8410; (304) 242-3936 (fax)
jason@bordaslaw.com