# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Wheeling

**CHARLES P. McDANIEL,**
on behalf of himself and all individuals
similarly situated,

            Plaintiff,

v.                                        **CIVIL ACTION NO. 5:20-CV-257**
                                                Judge Bailey

**MARK CURRY, AMERICAN
WEB LOAN, INC., AWL, INC.
RED STONE, INC., MEDLEY
OPPORTUNITY FUND II LP,** and
**MEDLEY CAPITAL CORPORATION,**

            Defendants.

## ORDER DISMISSING CASE

Inasmuch as plaintiff has advised this Court that this civil matter should be voluntarily dismissed, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

1

**DATED**: September 3, 2021.

/s/ John Preston Bailey

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**